IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICK JANNSEN,

                        Plaintiff,

   v.                                                 ORDER

CAINE TRANSFER INC.,                        24-cv-217-jdp

                        Defendant.

---

The court held a telephonic motions hearing on June 5, 2025. Plaintiff was represented by Attorney Beth Huber. Defendant was represented by Attorney Laurie Meyer. The court addressed plaintiff's motion to compel, Dkt. 20, and defendant's motion for protective order, Dkt. 27. For the reasons discussed, the motions are both GRANTED in part and DENIED in part, as follows:

1. **Relevant time period**
   - Unless otherwise stated, the relevant time period for this discovery is June 1, 2021, to August 30, 2023.

2. **Motion to compel**
   - RFPs 14 and 17. Objections sustained, motion denied.
   - RFPs 15 and 16. Objections sustained in part. Plaintiff may serve revised versions seeking communications regarding business development and specifying those Caine individuals with whom plaintiff communicated while he worked at Wis-Pak and those Wis-Pak individuals with whom he communicated while he worked at Caine, so defendant can more easily run

   targeted searches. Defendant has 30 days to respond from service of the revised requests.

- RFPs 39-49, 51-57, and 59-61. Objections sustained in part and overruled in part. Defendant is ordered to search the e-mail accounts of Patrick and Sam for communications regarding errors or mistakes that they made during the relevant time period and to search electronic databases and platforms for dispatching errors or mistakes made by dispatchers in the relevant time period and produce any responsive results by June 16, 2025.
- Relatedly, defendant is ordered to search for and produce evidence that will provide context surrounding the five purported mistakes. This includes full e-mail strings and any information defendant exported and saved from Skype concerning defendant's work. This part of the supplement is due June 16, 2025. Also, defendant is ordered to continue to diligently investigate the feasibility of recovering information from Skype for plaintiff, Sam, and Patrick for the relevant time period.
- RFPs 4, 8, 18, 27, 36, 38, 63-65, 68, and 71. Objections sustained in part and overruled in part. Defendant is ordered to supplement its responses, as necessary, to confirm whether all responsive documents have been produced or whether any additional documents do not exist by June 16, 2025.

3. **Motion for protective order**
    - Interrogatories 18-24. Objections sustained, motion granted. The information sought by these interrogatories will be provided with the supplement ordered above. Specifically, defendant is instructed to produce

a key with any database export or the like so that plaintiff may know the actors involved. Plaintiff may recover these interrogatories and reuse them, including as outlined below.

- Interrogatory no. 25. Objections sustained in part and overruled in part. Defendant is ordered to answer as to the what, how, and who by June 16, 2025. The other parts of the interrogatory are struck as seeking information that is disproportionate to the needs of the case and likely privileged.

- RFPs 77-82. Objections sustained in part and overruled in part. Defendant is ordered to search the e-mail account of Tom for communications regarding business development with Wis-Pak from 2019 to August 2023 and to produce any responsive results by June 16, 2025.

- RFPs 83-100. Objections sustained, motion granted. The information sought by these requests will be provided with the supplement ordered above.

- RFP 101. Objections overruled. Defendant is ordered to produce the requested training materials by June 16, 2025.

- RFPs 102 and 103. Objections sustained. Plaintiff may serve interrogatories seeking this information.

IT IS ORDERED that:

1. Plaintiff's motion to compel, Dkt. 20, is GRANTED in part and DENIED in part.

2. Defendant's motion for protective order, Dkt. 27, is GRANTED in part and DENIED in part.

3. The parties bear their own costs on these motions.

Entered June 6, 2025.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        ANITA MARIE BOOR
                                        Magistrate Judge